UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kathleen J. O'Shea<br>        Plaintiff,<br>    -vs.-<br><br>AllianceOne Receivables Management, Inc.<br>        Defendants, | Civil Action No: CV 07-7823<br><br>**Rule 7.1 Statement** |

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant <u>AllianceOne Receivables Management, Inc</u>., (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

  **-none-**

**Date:** September, 24th 2007     /s/ Jay Winston_____
    New York, NY         Jay Winston (3447)
                     **WINSTON & WINSTON, P.C.**
                     **By: Jay Winston, Esq**
                     Attorneys for Defendant
                     295 Madison Avenue, Suite 930
                     New York, NY 10017