## CORPORATE VERIFICATION

STATE OF WASHINSGTON )
) SS
COUNTY OF PIERCE )

KEVIN UNDERWOOD, to be duly sworn, deposes and says:

That I am a Vice President of ALLIANCEONE RECEIVABLES MANAGEMENT, INC, a business corporation organized under the laws of the state of Delaware with offices located in the County of Pierce, State of Washington and a party in the within action; I have read the foregoing Answer and know the contents thereof; and the same is true to my own knowledge or from my review of the books and records of the company, except as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe it to be true. I make this verification because the above party is a corporation and I am an officer thereof and, as such, am fully authorized to execute this verification. The grounds of my belief as to all matters not stated upon my own knowledge are upon examination of the books and records of ALLIANCEONE RECEIVABLES MANAGEMENT, INC.

Sworn to before me this 24th

day of September, 2007.

Michelle Schurman
NOTARY PUBLIC

L:\AMY DOCS\ALLIANCEONE\Problem Files\LAWSUITS PENDING\OShea, Kathleen J - NY Atty Goldstein (Chase Bank, Trevose, contact after cease & false threats) 09-07FDC 256
Answer vd-070924 clean 9-24-07.doc

6