**CERTIFICATE OF SERVICE**
**Case No.:  CV 07-7823**

      I hereby certify that on September 25, 2007, a copy of the following document(s), Answer was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Parties receiving service electronically are:

Amir Goldstein
591 Broadway, Suite 3A
New York, New York 10012

I hereby certify that on this same date a copy of the foregoing document was also sent by mail to the following:

Amir Goldstein
591 Broadway, Suite 3A
New York, New York 10012

                                                /s/ Jay Winston
                                                   Jay Winston
                                    Winston and Winston P.C.
                              295 Madison Avenue, Suite 930
                                        New York, NY 10017
                                              (212) 922-9482
                                           Fax: (212) 922-9484
                                                Bar No. 3477
                                  Jay@winstonandwinston.com