McMahon J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X   INDEX # 07 CV 7823 (CM) (FM)
KATHLEEN J. O'SHEA,

                Plaintiff(s),    STIPULATION OF
                                  DISCONTINUANCE

    -against-

ALLIANCEONE RECEIVABLES MANAGEMENT INC.,

                Defendant(s)
------------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/08
```

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the Plaintiff and the attorney for the Defendant in the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs and without attorney's fees to either party as against the other. It is also agreed that any counterclaim interposed is withdrawn. This stipulation may be filed without further notice with the Clerk of the Court.

IT IS HEREBY STIPULATED AND AGREED, that faxed signatures are to be deemed originals by the Court.

Dated:

_____
AMIR J. GOLDSTEIN, ESQ.
Attorney for Plaintiff
591 Broadway, Suite 3A
New York, New York 10012
Phone: (212) 966-5253
Fax #: (212)-941-8566

_____
ARTHUR WINSTON
WINSTON & WINSTON, P.C.
Attorneys for Defendant
295 Madison Avenue, Suite 930
New York, New York 10017
Phone: (212) 922-9482
Fax#:  (212) 532-2722

SO ORDERED,

_____
U.S.D.J.

3-14-08