McMAHON, J

UNITED STASTES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X    INDEX # 07 CV 7823 (CM) (FM)
KATHLEEN J. O'SHEA,
                              Plaintiff(s),                    **STIPULATION OF
                                                              DISCONTINUANCE**

        -against-

ALLIANCEONE RECEIVABLES MANAGEMENT INC.,

                              Defendant(s)
-----------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/08

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the

Plaintiff and the attorney for the Defendant in the above entitled action, that whereas no party

hereto is an infant, incompetent person for whom a committee has been appointed or

conservatee and no person not a party has an interest in the subject matter of the action, the

above entitled action be, and the same hereby is discontinued with prejudice, without costs and

without attorney's fees to either party as against the other. It is also agreed that any

counterclaim interposed is withdrawn. This stipulation may be filed without further notice with

the Clerk of the Court.

IT IS HEREBY STIPULATED AND AGREED, that faxed signatures are to be deemed

originals by the Court.

Dated:

AMIR J. GOLDSTEIN, ESQ.
Attorney for Plaintiff
591 Broadway, Suite 3A
New York, New York 10012
Phone: (212) 966-5253
Fax #: (212) 941-8566

SO ORDERED,

U.S.D.J.

ARTHUR WINSTON
WINSTON & WINSTON, P.C.
Attorneys for Defendant
295 Madison Avenue, Suite 930
New York, New York 10017
Phone: (212) 922-9482
Fax#:  (212) 532-2722

J.S.C.

3-14-08